# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>KYLE WILLIAM STAEBELL,<br><br>*Defendant(s)* | )<br>)<br>)<br>) Case No.  23-mj-00016-JPO<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief: On or about the date(s) of January 16, 2023, in the county of Jefferson in the State and District of Colorado, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 875(c) | Transmission of threats in interstate commerce |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

☒ Continued on attached sheet.

*s/*          *David Love*
*Complainant's signature*

David Love, Special Agent, FBI
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: January 17, 2023

*Judge's signature*

City and state:   Denver, CO

U.S. Magistrate Judge James P. O'Hara
*Printed name and title*