AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the  
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| KYLE WILLIAM STAEBELL, | ) | Case No. 23-mj-00016-JPO |
| *Defendant* | ) | |
| | ) | |
| | ) | |

**ARREST WARRANT**

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay KYLE WILLIAM STAEBELL, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint  
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 875(c) (transmission of threats in interstate commerce)

Date: January 17, 2023

*Issuing officer's signature*: James P. O'Hara

City and state:   Denver,

U.S. Magistrate Judge James P. O'Hara  
*Printed name and title*

---

**Return**

CO

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*