IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   23-cr-00042-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  KYLE WILLIAM STAEBELL,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about January 16, 2023, in the State and District of Colorado, the defendant, KYLE WILLIAM STAEBELL, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, namely individuals at the Denver office of the Federal Bureau of Investigation.

All in violation of Title 18, United States Code, Section 875(c).

### COUNT 2

On or about January 16, 2023, in the State and District of Colorado, the defendant, KYLE WILLIAM STAEBELL, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, namely individuals at a particular performing arts group in Denver, Colorado.

All in violation of Title 18, United States Code, Section 875(c).

### COUNT 3

On or about January 16, 2023, in the State and District of Colorado, the defendant,

KYLE WILLIAM STAEBELL, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, namely individuals at the offices of the Federal Bureau of Investigation and Department of Homeland Security.

All in violation of Title 18, United States Code, Section 875(c).

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

COLE FINEGAN
United States Attorney

By: <u>/s   Andrea Surratt</u>
Andrea Surratt
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail:  andrea.surratt@usdoj.gov
Attorney for Government