| | |
|---|---|
| DEFENDANT: | KYLE WILLIAM STAEBELL |
| YOB: | 1989 |
| COMPLAINT FILED? | __X__ Yes   _____ No<br><br>If Yes, MAGISTRATE CASE NUMBER  23-mj-0016-JPO |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _X_ Yes   __ No
    If No, a new warrant is required

| | |
|---|---|
| OFFENSE(S): | **Counts 1–3**: 18 U.S.C. § 875(c) (Interstate communication of threats) |
| LOCATION OF OFFENSE: | Jefferson County, Colorado |
| PENALTY: | **Counts 1–3:** NMT 5 years imprisonment, $250,000 fine or both fine and imprisonment, NMT 3 years supervised release, $100 special assessment fee |
| AGENT: | David Love<br>Special Agent, FBI |
| AUTHORIZED BY: | Andrea Surratt & Laura Cramer-Babycz<br>Assistant U.S. Attorneys |

ESTIMATED TIME OF TRIAL:

 x  five days or less; __ over five days

THE GOVERNMENT

 x  will seek detention in this case based on 18 U.S.C. § 3142(f)(2).

The statutory presumption of detention is not applicable to this defendant.