IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-CR-42-DDD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

KYLE STAEBELL,

       Defendant.

_____

**UNOPPOSED MOTION FOR FIFTEEN-DAY EXTENSION OF DEADLINE FOR COMPLETING COMPETENCY EVALUATION**
_____

Kyle Staebell, through counsel, hereby moves this Honorable Court for an Order extending the deadline for completing the competency evaluation. The government does not oppose this motion.

Mr. Staebell filed a Motion for Determination of Competency on January 20, 2023. (ECF 11). Magistrate Judge O'Hara granted this motion

on January 25, 2023, ordering, pursuant to 18 U.S.C. §§ 4241(a) and 4247(b) that the evaluation be completed within 30 days. (ECF 17).

Undersigned counsel had previously notified the Court that an extension may be necessary. (*See* ECF 15). The parties contacted Dr. Wells promptly after the Court issued its Order for Competency Evaluation and began arranging for her to meet with Mr. Staebell at FDC-Englewood. This process involved sending Dr. Wells's credentials as well as other paperwork to the facility. On February 9, 2023, we received notice that Dr. Wells has been approved to enter the facility. An appointment was requested to conduct the evaluation, but the facility does not accept appointments.

Dr. Wells plans to meet with Mr. Staebell on March 2, 2023. Because the evaluation will not occur within 30 days, an extension of time is needed. Pursuant to 18 U.S.C. 4247(b), the Court may grant an extension of up to fifteen days "upon a showing of good cause that the additional time is necessary to observe and evaluate the defendant." Despite the diligence

of the parties and Dr. Wells in arranging to meet with Mr. Staebell to evaluate him for competency, the evaluation has not yet taken place.

Wherefore, Mr. Staebell respectfully requests that the Court grant a fifteen-day extension for Dr. Wells to evaluate Mr. Staebell for competency.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Kilie Latendresse
KILIE LATENDRESSE
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kilie.latendresse@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

  I hereby certify that on February 24, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Laura Cramer-Babycz, Assistant United States Attorney
  Laura.Cramer-Babycz@usdoj.gov

  Andrea Surratt, Assistant United States Attorney
  Andrea.Surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Kyle Staebell (via U.S. mail)

         s/Kilie Latendresse
         KILIE LATENDRESSE
         Assistant Federal Public Defender
         633 17th Street, Suite 1000
         Denver, CO  80202
         Telephone:  (303) 294-7002
         FAX:  (303) 294-1192
         kilie.latendresse@fd.org
         Attorney for Defendant