IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 2023-CR-42-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

KYLE STAEBELL,

      Defendant.
_____

**NOTICE OF COMPLETION OF COMPETENCY EVALUATION AND
ESTIMATED TIME FOR COMPLETION OF
THE COMPETENCY REPORT**
_____

Kyle Staebell, through counsel, hereby provides notice to the Court and opposing counsel that Dr. Jane Wells completed her evaluation of Mr. Staebell for competency on March 2, 2023, thus complying with the Court's deadline of March 13, 2023 for completion of the competency evaluation. Dr. Wells has informed the parties that the competency report will be completed by March 31, 2023.

To the extent that a deadline for completion of the report is required, the parties request that the Court set that deadline for a date on or no more than 15 days after March 31, 2023. In accordance with 18 U.S.C. § 4247(b), the Court ordered that Mr. Staebell's psychiatric or psychological examination occur within 45 days of the

initial Order for Competency Evaluation. (ECF 17, 23). Neither the parties nor the previous orders addressed the deadline for completion of the competency report. The subsection of the competency statute that governs these reports, 18 U.S.C. § 4247(c), provides no guidance with respect to the appropriate timeline for completion of the psychiatric or psychological reports. However, the parties agree that Dr. Wells' request for approximately 30 days from the date of her evaluation of Mr. Staebell to complete the report is objectively reasonable. Furthermore, undersigned counsel has received information from other attorneys and Dr. Wells that an allowance of 30-45 days from the date of the competency evaluation to submit the competency report is fairly common practice within the District of Colorado.

Wherefore, Mr. Staebell notifies the Court that the competency evaluation has been completed and that Dr. Wells will complete the competency report by March 31, 2023.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/Kilie Latendresse
KILIE LATENDRESSE
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kilie.latendresse@fd.org
Attorney for Defendant

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Laura Cramer-Babycz, Assistant United States Attorney
Laura.Cramer-Babycz@usdoj.gov

Andrea Surratt, Assistant United States Attorney
Andrea.Surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Kyle Staebell (via U.S. mail)

s/Kilie Latendresse
KILIE LATENDRESSE
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kilie.latendresse@fd.org
Attorney for Defendant