**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 23-cr-0042-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KYLE WILLIAM STAEBELL,

    Defendant.

---

**GOVERNMENT'S MOTION TO RESTRICT**
_____

The United States of America, by and through United States Attorney Cole Finegan, and the undersigned Assistant United States Attorney, respectfully moves to restrict ECF No. 25 and the document attached thereto (ECF No. 25-1), any order revealing the contents of that document, and the brief filed in support of this motion (ECF No. 26), for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" restriction, which would limit access to the government, the defendant, and the Court.

Respectfully submitted this 22nd day of March, 2023.

                Respectfully submitted,

                COLE FINEGAN
                United States Attorney

By  *s/ Laura Cramer-Babycz*
      LAURA CRAMER-BABYCZ
      Assistant U.S. Attorney
      U.S. Attorney's Office
      1801 California St., Ste. 1600
      Denver, CO 80202
      Telephone: 303-454-0108
      Fax:  303-454-0406
      E-mail:  laura.cramer-babycz@usdoj.gov
      Attorney for the Government

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                By: */s/ Laura Cramer-Babycz*
                      Assistant United States Attorney
                      U.S. Attorney's Office