IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 23-cr-00042-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KYLE WILLIAM STAEBELL,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Court's **Minute Order** [#30] directing counsel for the parties to call Chambers of the undersigned to set a mutually-convenient time and date for a Competency Hearing. After conferral with counsel,

    IT IS HEREBY **ORDERED** that a Competency Hearing is **SET** for April 25, 2023, at 1:30 p.m. in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    Dated: March 29, 2023