# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kristen L. Mix

Case No. 23-cr-0042    Date April 25, 2023

Case Title: United States v. Kyle William Staebell

United States (Plaintiff)

(Plaintiff / Defendant)

**FINAL WITNESS LIST for Competency Hearing**

| WITNESS | PROPOSED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Jane M. Wells, JD, PhD | April 25, 2023 - 45 minutes (direct) |