IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 23-cr-0042-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KYLE WILLIAM STAEBELL,

    Defendant.

---

**GOVERNMENT'S MOTION TO RESTRICT**
---

    The United States of America, by and through United States Attorney Cole Finegan, and the undersigned Assistant United States Attorney, respectfully moves to restrict ECF No. 34 and the document attached thereto (ECF No. 34-1), any order revealing the contents of that document, and the brief filed in support of this motion (ECF No. 35), for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" restriction, which would limit access to the government, the defendant, and the Court.

1

Respectfully submitted this 31st day of May, 2023.

                                        Respectfully submitted,

                                        COLE FINEGAN
                                        United States Attorney

                              By   *s/ Laura Cramer-Babycz*
                                        LAURA CRAMER-BABYCZ
                                        Assistant U.S. Attorney
                                        U.S. Attorney's Office
                                        1801 California St., Ste. 1600
                                        Denver, CO 80202
                                        Telephone: 303-454-0108
                                        Fax:  303-454-0406
                                        E-mail:  laura.cramer-babycz@usdoj.gov
                                        Attorney for the Government

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 31, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                            By:  *s/ Danielle Storinsky*
                                                        Legal Assistant