IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Daniel D. Domenico**

Criminal Action No. 1:23-cr-00042-DDD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KYLE WILLIAM STAEBELL,

    Defendant.

**ORDER ADOPTING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

After conducting a competency hearing pursuant to 18 U.S.C. §§ 4241 and 4247, United States Magistrate Judge Kristen L. Mix issued a recommendation that I find Defendant Kyle William Staebell competent to stand trial. Doc. 38. No objections have been filed. I have reviewed the competency evaluation report, Doc. 25-1, and addendum thereto, Doc. 34-1; Judge Mix's recommendation, Doc. 38; the entire case file; and the applicable law. The recommendation is accepted an adopted.

The recommendation states that any objections must be filed within fourteen days after its service on the parties. Doc. 38 at 3-4 (citing Fed. R. Crim. P. 59(b)). The recommendation was served on June 14, 2023, and no party has objected to it. In the absence of a timely objection, I may review a magistrate judge's recommendation under any standard I deem appropriate. *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150, 154 (1985)); *see also* Fed. R. Crim. P. 59(b) Advisory Committee Notes (failure to file timely,

specific objection "amounts to a waiver of the issue," but district judges retain discretion to review recommendation whether or not objections are filed (citing *Arn*, 474 U.S. at 154-55)); 28 U.S.C. § 636(b)(1)(B)-(C). In this matter, I have reviewed Judge Mix's recommendation to satisfy myself that there is "no clear error on the face of the record." *See* Fed. R. Civ. P. 72(b) Advisory Committee Notes; Fed. R. Crim. P. 59 Advisory Committee Notes (Federal Rule of Criminal Procedure 59 "is derived in part from Federal Rule of Civil Procedure 72.").

Based on that review, I have concluded that the recommendation is a correct application of the facts and the law. As Judge Mix determined, a preponderance of the evidence establishes that Mr. Staebell is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense. *See* 18 U.S.C. § 4241.

Accordingly, it is **ORDERED** that:

The Recommendation of United States Magistrate Judge, **Doc. 38**, is **ACCEPTED** and **ADOPTED**;

Pursuant to 18 U.S.C. § 4241, I **FIND** that Defendant Kyle William Staebell is mentally competent to stand trial; and

Pursuant to 18 U.S.C. § 3161(h)(1)(A), one hundred sixty-one (161) days, from January 20, 2023 to June 30, 2023, will be excluded in computing the time within which the defendant's trial must commence under the Speedy Trial Act. I will set a trial date and related deadlines by separate order.

DATED: June 30, 2023               BY THE COURT:

Daniel D. Domenico
United States District Judge