**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 23-cr-0042-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

KYLE WILLIAM STAEBELL,

Defendant.

_____

**UNITED STATES' MOTION TO DECREASE OFFENSE LEVEL BY ONE
ADDITIONAL LEVEL PURSUANT TO U.S.S.G. § 3E1.1(b)**
_____

The United States of America respectfully moves the Court to decrease the offense level by one additional level pursuant to United States Sentencing Guidelines §3E1.1(b). As grounds therefore, the government states:

(1) The defendant has demonstrated acceptance of responsibility for his offense and is entitled to a decrease in the offense level by two levels pursuant to U.S.S.G. §3E1.1(a).

(2) The defendant has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

//

//

Respectfully submitted this 24th day of April, 2024.

> COLE FINEGAN
> United States Attorney
>
> *s/ Laura Cramer-Babycz*
> Assistant United States Attorney
> United States Attorney's Office
> 1801 California St., Suite 1600
> Denver, Colorado 80202
> Telephone: (303) 454-0100
> E-mail:  laura.cramer-babycz@usdoj.gov
> Attorney for the Government

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April, 2024, I electronically filed the foregoing **UNITED STATES' MOTION TO DECREASE OFFENSE LEVEL BY ONE ADDITIONAL LEVEL PURSUANT TO U.S.S.G § 3E1.1(b)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/ Laura Cramer-Babycz*
Assistant U.S. Attorney
U.S. Attorney's Office